UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKE AMMERMAN,<br><br>   Plaintiff,<br><br> v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, et al.,<br><br>   Defendants. | Civil Action No. 26-0839 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Catherine J. Malycke as counsel for Defendants in the above-captioned case.

Dated: April 21, 2026      Respectfully submitted,

By:  */s/ Catherine J. Malycke*
   CATHERINE J. MALYCKE
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   Phone (202) 252-0838
   Email: catherine.malycke@usdoj.gov

*Attorney for the United Staes of America*